1068

[No. 10864–6–I.   Division One.   January 17, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
A. IRONS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 81–1–00325–1, Stuart C. French, J.,
entered September 4, 1981. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Swanson and Corbett,
JJ.

[No. 10241–9–I.   Division One.   January 17, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAR
E. JOHANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00309–1, Robert E. Dixon, J., entered
April 30, 1981. *Affirmed* by unpublished opinion per Swan-
son, J., concurred in by Williams and Corbett, JJ.

[No. 10311–3–I.   Division One.   January 17, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN
SAMUEL AMES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–00416–1, H. Joseph Coleman, J., entered
May 11, 1981. *Affirmed* by unpublished opinion per Ander-
sen, C.J., concurred in by Swanson and Williams, JJ.

[No. 10366–1–I.   Division One.   January 17, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS
C. NATIELLO, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04949–2, Francis E. Holman, J., entered
May 18, 1981. *Affirmed* by unpublished per curiam opinion.